384 A.2d 996

Graham, et vir., Appellants, v. Port Authority of
Allegheny County, et al.

Argued November 17, 1977.  C. William
Berger, with him Berger, Kapetan & Malakoff, for appel-
lants; Cyril C. Gunst, Jr., with him P. J. McArdle, for
appellee.

Order affirmed.